# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFONRIA

| | |
|---|---|
| DENETTE WILL, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>QUEST DIAGNOSTICS INCORPORATED, doing business as QUEST DIAGNOSTICS INCORPORATED OF NEVADA, a Nevada Corporation; QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:22-CV-00454-KJM-DB<br><br>Hon. Kimberly J. Mueller, Ctrm 3, 15th Floor<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE**<br><br>Date: February 1, 2023<br>Time: 10 a.m.<br><br><br>Complaint Filed: January 19, 2022 |

- 1 -

ORDER GRANTING JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE

**[PROPOSED] ORDER**

Based on the foregoing Joint Stipulation To Continue the Settlement Conference and good cause appearing therefore:

**IT IS HEREBY ORDERED THAT**:

(1) The settlement conference, currently set for February 1, 2023, is continued to April 12, 2023 at 10:00 a.m.

(2) A pre-settlement conference, currently set for January 25, 2023, is continued to April 5, 2023 at 2:00 p.m.

(3) The confidential settlement conference statement, currently due January 18, 2023, is due to Magistrate Judge Jeremy D. Peterson's chambers at least 10 court days in advance of the continued settlement conference date.

**IT IS SO ORDERED**.

Dated: January 18, 2023

Hon. Jeremy D. Peterson
U.S. Magistrate Judge