**BROCK & GONZALES, LLP**
6701 CENTER DRIVE WEST, SUITE 610
LOS ANGELES, CA 90045

D. AARON BROCK, STATE BAR NO. 241919
ab@brockgonzales.com
CHRISTOPHER P. BRANDES, STATE BAR NO. 282801
cb@brockgonzales.com
PAUL H. HIRSCH, STATE BAR NO. 327374
ph@brockgonzales.com
**Attorneys for Plaintiff**
DENETTE WILL

Jonathan M. Brenner (SBN 162366)
Alexandria M. Ordway (SBN 307535)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, CA 90067
Telephone: 310.556.8861
Facsimile: 310.553.2165
jbrenner@ebglaw.com
aordway@ebglaw.com
Attorneys for Defendants
QUEST DIAGNOSTICS INCORPORATED AND QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENETTE WILL, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>QUEST DIAGNOSTICS INCORPORATED, doing business in California as QUEST DIAGNOSTICS INCORPORATED OF NEVADA, a Nevada Corporation; QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., a Delaware Corporation; and DOES 1 through 30<br><br>　　　　　　Defendants. | Case No.:  2:22-CV-00454-KJM-DB<br>Judge: Hon. Kimberly J. Mueller<br>Complaint Filed: January 19, 2022<br><br>**JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND PRE-TRIAL DATES** |

1
**JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DATES**

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND ALL PARTIES OF RECORD:**

Plaintiff STEPHANIE DENETTE WILL ("Plaintiff") and Defendant QUEST DIAGNOSTICS INCORPORATED, doing business in California as QUEST DIAGNOSTICS INCORPORATED OF NEVADA, a Nevada Corporation; QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC. ("Defendant"), (collectively referred to as "the Parties"), through counsel, hereby enter into the following Stipulation and request the Court to extend trial and pretrial discovery deadlines, pursuant to the applicable Local Rules:

**WHEREAS**, Plaintiff, under former counsel, filed her Complaint in the Superior Court for the State of California, County of Sacramento on January 19, 2022;

**WHEREAS**, on March 10, 2022, Defendant timely removed this action to the above-captioned Court;

**WHEREAS**, on January 18, 2023 a pre-settlement conference was continued to April 5, 2023;

**WHEREAS**, on January 18, 2023 a settlement conference was continued to April 12, 2023;

**WHEREAS**, on March 15, 2023, Plaintiff's current counsel (Brock & Gonzales, LLP) substituted in as counsel, thereby replacing, Gay Carroll-Haring as counsel;

**WHEREAS**, on August 26, 2022 the court set the following pre-trial dates:
- Fact Discovery Cut-Off: June 7, 2023;
- Expert Witness Disclosure Deadline: July 6, 2023;
- Rebuttal Expert Witness Disclosure Deadline: August 7, 2023;
- Expert Discovery Cut-Off: September 22, 2023; and
- Dispositive Motion Hearing Deadline: October 6, 2023.

**WHEREAS**, Plaintiff's current counsel's substitution was unexpected and necessitated by former counsel's medical condition;

**WHEREAS**, as Plaintiff's current counsel continues to become familiar with the case, the Parties need additional time to ensure that sufficient discovery is completed in advance of trial;

**WHEREAS**, the Parties have agreed to private mediation and are engaged in the process of identifying a mediator; and

**WHEREAS**, good cause exists to postpone the pre-settlement and settlement conference because further litigation may be unnecessary if the parties are able to complete necessary discovery and resolve the matter at private mediation.

**NOW, THEREFORE**, the Parties, by and through their respective counsel of record, **AGREE AND HEREBY STIPULATE** that good cause exists to modify the Scheduling Order as follows:

Pre-Settlement Conference is moved from April 5, 2023 to May 22, 2023, or to a date thereafter that is convenient for the Court and to the Magistrate Judge Deborah Barnes assigned as settlement officer in this case.

Settlement Conference is moved from April 12, 2023 to May 30, 2023, or to a date thereafter that is convenient for the Court and to the Magistrate Judge Deborah Barnes assigned as settlement officer in this case.

Pre-trial dates are moved approximately four-months from the date of this stipulation, as follows:

- Fact Discovery Cut-Off: From June 7, 2023 to October 9, 2023;
- Expert Witness Disclosure Deadline: From July 6, 2023 to November 6, 2023;
- Rebuttal Expert Witness Disclosure Deadline: From August 7, 2023 to December 7, 2023;

- Expert Discovery Cut-Off: From September 22, 2023 to January 22, 2024; and
- Dispositive Motion Hearing Deadline: From October 6, 2023 to February 6, 2024.

**IT IS SO STIPULATED.**

DATED:   March 30, 2023          EPSTEIN BECKER & GREEN, P.C.

                                        */s/ Jonathan M. Brenner*
                                 By: _____
                                        Jonathan M. Brenner
                                        Alexandria M. Ordway
                                        Attorneys for Defendant

DATED:   March 30, 2023          BROCK & GONZALES, LLP

                                        */s/ Paul H. Hirsch*
                                 By: _____
                                        D. AARON BROCK
                                        CHRISTOPHER P. BRANDES
                                        PAUL H. HIRSCH
                                        Attorneys for Plaintiff

4
**JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DATES**

**IT IS SO ORDERED AS MODIFIED:**

1. The Pre-Settlement Conference call is moved from April 5, 2023 to June 20, 2023 at 2:00 p.m. before Magistrate Judge Jeremy D. Peterson. The Settlement Conference is moved from April 12, 2023 to June 27, 2023 at 10:00 a.m. before Magistrate Judge Jeremy D. Peterson in courtroom 9, 13th floor. The confidential settlement conference statements shall be due to Magistrate Judge Jeremy D. Peterson's chambers at least 10 court days in advance of the continued settlement conference date.

2. Pre-trial dates are moved approximately four-months from the date of this stipulation, as follows:

    - Fact Discovery Cut-Off: From June 7, 2023 to October 9, 2023;
    - Expert Witness Disclosure Deadline: From July 6, 2023 to November 6, 2023;
    - Rebuttal Expert Witness Disclosure Deadline: From August 7, 2023 to December 7, 2023;
    - Expert Discovery Cut-Off: From September 22, 2023 to January 22, 2024; and
    - Dispositive Motion Hearing Deadline: From October 6, 2023 to February 16, 2024.

Dated: March 30, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE