Jonathan M. Brenner     (SBN 162366)
Alexandria M. Ordway   (SBN 266541)
Catherine J. Kang         (SBN 341549)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California  90067-2506
Telephone: 310.556.8861
Facsimile:  310.553.2165
jbrenner@ebglaw.com; cemail@ebglaw.com
aordway@ebglaw.com
ckang@ebglaw.com

Attorneys for Defendant
QUEST DIAGNOSTICS INCORPORATED
AND QUEST DIAGNOSTICS CLINICAL
LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFONRIA

| | |
|---|---|
| DENETTE WILL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>QUEST DIAGNOSTICS INCORPORATED, doing business as QUEST DIAGNOSTICS INCORPORATED OF NEVADA, a Nevada Corporation; QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:22-CV-00454-KJM-DB<br><br>Hon. Kimberly J. Mueller, Ctrm 3<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE**<br><br>Date:  June 20, 2023<br>Time: 10 a.m.<br><br>Complaint Filed: January 19, 2022 |

# ORDER

Based on the foregoing Joint Stipulation To Continue the Settlement Conference and good cause appearing therefore:

**IT IS HEREBY ORDERED THAT**:

The settlement conference, currently set for June 20, 2023, is continued to July 24, 2023 at 10:00 a.m.

A pre-settlement conference call, currently set for June 14, 2023, is continued to July 20, 2023 at 2:00 p.m.

The confidential settlement conference statement, currently due 10 court days in advance of the continued settlement conference date, is due to Magistrate Judge Jeremy D. Peterson's chambers by July 10, 2023.

**IT IS SO ORDERED**.

Dated: June 8, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE